UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RETAIL BAKERS' PENSION TRUST FUND, )
et al., )
 )
    Plaintiff(s), )
 )
  vs. ) Case No. 4:04CV1222 JCH
 )
MRS. SEIBOLD'S BAKE SHOP, INC., )
et al., )
 )
    Defendant(s). )

## ORDER

This matter is before the Court on Plaintiffs' Motion for Default Judgment, filed April 21, 2005. (Doc. No. 9). By way of background, Plaintiffs filed their Complaint pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA") on September 7, 2004. (Doc. No. 1). Plaintiffs served the Complaint on Defendants on September 23, 2004. (Doc. Nos. 3, 4, 5). When Defendants failed to answer or otherwise appear, Plaintiffs requested that the Clerk of Court enter default on April 21, 2005. (Doc. No. 11). The Clerk of Court entered default against Defendants Mrs. Seibold's Bake Shop, Inc., Edwin T. Seibold, and Michael Seibold, on April 25, 2005. (Doc. No. 12).

As stated above, Plaintiffs filed their Motion for Default Judgment on April 21, 2005. (Doc. No. 9). Upon consideration, the Court will grant Plaintiffs' Motion for Default Judgment, and award damages as follows: (1) $14,452.12 in unpaid contributions; (2) $402.26 in liquidated damages; (3) $872.50 for attorney's fees; and (4) $331.90 for court costs.

Accordingly,

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Default Judgment (Doc. No. 9) is **GRANTED**, and Plaintiffs are awarded judgment against Defendants Mrs. Seibold's Bake Shop, Inc., Edwin T. Seibold, and Michael Seibold, in the amount of $16,058.78.

Dated this 13th day of May, 2005.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com