UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RETAIL BAKERS' PENSION TRUST FUND, et al., | )<br>)<br>) |
| Plaintiff(s), | )<br>) |
| vs. | ) Case No. 4:04CV1222 JCH<br>) |
| MRS. SEIBOLD'S BAKE SHOP, INC., et al., | )<br>)<br>) |
| Defendant(s). | ) |

## **JUDGMENT**

In accordance with the Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiffs are awarded judgment against Defendants Mrs. Seibold's Bake Shop, Inc., Edwin T. Seibold, and Michael Seibold, in the amount of $16,058.78.

Dated this 13th day of May, 2005.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com